1  JOHN V. JOHNSON
   Attorney for Plaintiff
2  McGregor W. Scott
   United States Attorney
3  DEBORAH LEE STACHEL, Bar No. 230138
   Regional Chief Counsel, Region IX
4  Daniel Talbert
   Special Assistant United States Attorney
5
6     Social Security Administration
      160 Spear Street, Suite 800
7     San Francisco, California 94105
      Telephone: (415) 977-8995
8     Facsimile: (415) 744-0134
      E-Mail: daniel.talbert.@ssa.gov
9     Attorney for Defendant

10                    UNITED STATES DISTRICT COURT

11                 FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13

14  JAMIE MARGARET MIDWOOD,           )   No. 2:19-cv-01451 DB
                                      )
15            Plaintiff,              )   STIPULATION AND ORDER
                                      )   FOR ATTORNEY'S FEES PURSUANT
16       vs.                          )   TO 28 U.S.C. SECTION 2412(d)
                                      )
17  ANDREW SAUL, commissioner         )
    of the Social Security Administration, )
18                                    )
                                      )
19            Defendant.              )
    _____ )

20

21       It is hereby stipulated by and between the parties through their undersigned counsel, subject to the approval

22  of the Court, that Jamie Margaret Midwood, will be awarded attorney fees in the amount of SIX THOUSAND

23  EIGHT HUNDRED SIXTY and NO CENTS DOLLARS ($6,860.00) under the Equal Access to Justice Act

24  (EAJA), 28 U.S.C. section 2412(d). This amount represents compensation for all legal services rendered on behalf

25  of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. section 2412(d).

26       After the Court issues an order for EAJA fees to Jamie Margaret Midwood, the Defendant will consider

27  any assignment of EAJA fees to John V. Johnson pursuant to Astrue v. Ratliff, 130 S.Ct. 2521, 2252-2253 (2010),

28                                         1

and the ability to honor any such assignment will depend on whether the fees are subject to any offset allowed under the United States Department of Treasury's Offset Program. After the order for EAJA fees is entered, the Defendant will determine whether they are subject to any offset.

Fees shall be made payable to Jamie Margaret Midwood, but if the Department of the Treasury determines that Jamie Margaret Midwood, does not owe a federal debt, then the government shall cause the payment of fees to be made directly to John V. Johnson, pursuant to any assignment executed by Plaintiff. Any payment made shall be delivered directly to John V. Johnson.

This stipulation constitutes a compromise settlement of Jamie Margaret Midwood's request for EAJA attorney fees and does not constitute an admission of liability on the part of the Defendant under EAJA. Payment of the agreed amount shall constitute complete release from, and bar to, any and all claims that Jamie Margaret Midwood, and/or John V. Johnson may have relating to EAJA attorney fees in connection with this action. This award is without prejudice to the rights of John V. Johnson to seek Social Security Act attorney fees under 42 U.S.C. Section 406(b) subject to the savings clause provisions of EAJA.

Respectfully Submitted,

DATED: November 2, 2020

/ s / John V. Johnson
(As authorized
johnvjohnson@sbcglobal.net)
John V. Johnson
Attorney for Plaintiff

DATED: November 2, 2020

McGREGOR W. SCOTT
United States Attorney
   DEBORAH L. STACHEL
   Regional Chief Attorney, Region IX
   Social Security Administration

By: / s / Daniel Talbert
   DANIEL TALBERT
   Special Assistant U.S. Attorney
   Attorney for Defendant

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

DATED: November 4, 2020          /S/ DEBORAH BARNES
                                 UNITED STATES MAGISTRATE JUDGE